UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CONNIE KUNDSON, et al.,

    Plaintiffs,

v.

AMERICAN INTERNATIONAL GROUP,

    Defendant.

CASE NO. C06-392JLR

ORDER TO SHOW CAUSE

This matter comes before the court on the parties' stipulated motion to continue case management deadlines (Dkt. # 9).

The court notes that in early June, 2006, the parties filed an identical stipulation (Dkt. # 6). Rather than grant the stipulation on its terms, the court directed Plaintiffs to file their amended complaint within 20 days, and to conduct their conference pursuant to Fed. R. Civ. P. 26(f) and file a joint status report within 45 days. See June 7, 2006 Minute Order (Dkt. # 8). Plaintiffs have complied with none of these deadlines. On July 28, 2006, the parties filed the instant stipulation, which, as noted above, is identical to their June stipulation. Indeed, the signatures on the stipulation are dated June 2, 2006, just as they were in the original stipulation.

The court orders Plaintiffs to show cause no later than August 7, 2006 at 4:00 p.m. why this court should not dismiss this action for failure to prosecute. In lieu of a pleading

ORDER – 1

responding to the order to show cause, Plaintiffs may file an amended complaint, and the parties may file a joint status report, no later than August 7, 2006 at 4:00 p.m.

The court directs the clerk to STRIKE the parties' stipulation (Dkt. # 9).

Dated this 31st day of July, 2006.

_____
JAMES L. ROBART
United States District Judge

ORDER – 2